UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Daniel Boos, | Case No. 21-CV-2177 (SRN/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| Warden Kallis, | |
| Respondent. | |

Daniel Boos, Reg. No. 02039-090, FMC Rochester, PMB 4000, Rochester, MN 55903-4000, Petitioner pro se.

Ana H. Voss and Chad A. Blumenthal, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondent.

This matter is before the Court on the Report and Recommendation United States Magistrate Judge Becky R. Thorson dated June 15, 2022 [Doc. No. 12]. No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**

1. The Petition for Writ of Habeas Corpus pursuant to § 2241 [Doc. No. 1] is DENIED; and

2. This matter is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

|  |  |
|---|---|
|  | BY THE COURT: |
| Dated: July 7, 2022 | s/Susan Richard Nelson<br>SUSAN RICHARD NELSON<br>United States District Judge |